STATE OF NEW JERSEY v. JOHN REPP.

December 11, 1974. Petition for certification granted. (See 129 *N. J. Super.* 588)

CARMELO MONGIOVI v. ONEIDA MOTOR FREIGHT.

December 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM FOSTER.

December 11, 1974. Petition for certification denied.

CHARLES WILLIAMS v. BD. OF CHOSEN FREEHOLDERS OF MIDDLESEX COUNTY.

December 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. GERALD TILLEM.

December 11, 1974. Petition for certifficaion denied. (See 127 *N. J .Super.* 421)

IN THE MATTER OF THE ESTATE OF ANNA SIDOR.

December 11, 1974. Petition for certification denied.